UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHERYL HARRIS,

        Plaintiff,

                              Case No.: 17-10239
v.                                Honorable Gershwin A. Drain

YUM! BRANDS, INC., *et al.*,

        Defendants.
_____/

## ORDER GRANTING DEFENDANTS' MOTION TO COMPEL DISCOVERY RESPONSES TO INCLUDE SIGNED AUTHORIZATIONS [#34]

On April 25, 2018, Defendants Redberry Resto Brands International, Inc. and Redberry Resto-Brands, Inc. filed a Motion to Compel Discovery Responses to Include Signed Authorizations, filed on April 25, 2018. Plaintiff Cheryl Harris has failed to file a Response to the present motion, which was due on or before May 14, 2018. *See* Fed. R. Civ. P. 6; E.D. Mich. L.R. 7.1(e). Thus, Defendants' present motion is uncontested.

This is the second time Defendants have been forced to seek court intervention to obtain the signed authorizations from Plaintiff, which they originally requested in March of 2017. In fact, on February 6, 2018, the Court entered an Order requiring Plaintiff to produce signed authorizations within seven (7) days

from the date the order was entered.  *See* Dkt. No. 26.

Here, the Court finds that good cause exists for granting Defendants' requested relief.  Accordingly, Defendants' Motion to Compel Discovery Responses to Include Signed Authorizations [#34] is GRANTED.

Plaintiff shall produce the signed authorizations no later than July 27, 2018.

**Failure to produce the signed authorizations may result in the imposition of sanctions, up to and including dismissal of this lawsuit.**

SO ORDERED.

Dated:  July 20, 2018 /s/Gershwin A. Drain
GERSHWIN A. DRAIN
United States District Judge

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
July 20, 2018, by electronic and/or ordinary mail.
/s/ Tanya Bankston
Deputy Clerk